UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARELIOUS RAY REED,

    Plaintiff,                                  Case No. 08-14835

v.                                         Honorable John Corbett O'Meara

OBSERVER & ECCENTRIC MIRROR
NEWSPAPERS,

    Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff Arelious Ray Reed filed a *pro se* complaint against defendant Observer & Eccentric Mirror Newspapers along with an application to proceed *in forma pauperis*.

Complaints filed *in forma pauperis* are subject to the screening requirements of 28 U.S.C. § 1915(e)(2). Brown v. Bargery, 207 F.3d 863, 866 (6th Cir. 2000). Section 1915(e)(2) requires district courts to screen and dismiss complaints that are frivolous, fail to state a claim upon which relief can be granted, or that seek monetary relief from a defendant who is immune from such relief.

In this case plaintiff Reed has failed to specify a federal question upon which relief may be granted, and the parties to this action are not citizens of different states. Therefore, the court lacks federal subject matter jurisdiction to hear the matter.

## ORDER

It is hereby **ORDERED** that plaintiff Reed's application to proceed *in forma pauperis* is **GRANTED.**

It is further **ORDERED** that plaintiff Reed's complaint is **DISMISSED.**

It is further **ORDERED** that plaintiff Reed's application for appointment of counsel is **DENIED AS MOOT.**

s/John Corbett O'Meara<br>
United States District Judge

Date: March 11, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 11, 2009, by electronic and/or ordinary mail.

s/William Barkholz<br>
Case Manager